IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIRESHIA MOORE, on behalf of herself and
all others similarly situated                                                                    PLAINTIFF

v.                                          Case No. 6:15-CV-06051

H. DIXON; and RON STOVALL                                                          DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on January 19, 2017, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 19th day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE